Case 0:13-cr-60172-DMM   Document 1   Entered on FLSD Docket 07/12/2013   Page 1 of 6F   D.C.
ELECTRONIC

Jul 11, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**13-60172-CR-MIDDLEBROOKS-W/BRANNON**
CASE NO. _____

21 U.S.C § 841(a)(1)
21 U.S.C § 841(b)(1)(A)(viii)

UNITED STATES OF AMERICA

vs.

MICHELLE BERRY,

     Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 27, 2013, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MICHELLE BERRY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii); it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

MICHELLE BERRY,

**CERTIFICATE OF TRIAL ATTORNEY\***

           **Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|
| ____ Miami | ____ Key West | Number of New Defendants | ____ |
| _X_ FTL | ____ WPB ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect   _N/A_

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                (Check only one)

   I    0 to 5 days       _X_          Petty      ____
   II   6 to 10 days      ____         Minor      ____
   III  11 to 20 days     ____         Misdem.    ____
   IV   21 to 60 days     ____         Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   _No_
   If yes:
   Magistrate Case No.   _N/A_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   _N/A_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

                                                _/s/ Donald F. Chase, II_
                                                DONALD F. CHASE, II
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Court No. A5500077

\*Penalty Sheet(s) attached

                                                                                                                     REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>MICHELLE BERRY</u>

**Case No:** _____

Count #: 1

<u>Possession with Intent to Distribute fifty (50) grams or more of Methamphetamine.</u>

<u>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)</u>

**\* Max. Penalty:** Mandatory minimum 10 years' of imprisonment and statutory maximum term of life imprisonment; at least 5 years' supervised release; and up to $10,000,000 fine.

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.